EXHIBIT LIST

Exhibit-1 ----------------------------------- Greenfield Motion/Timeline of Events/Medical History

ATTACHMENT

PRO SE CERTIFICATION

LAW OFFICES
**GREENFIELD & KRAUT**
6315 BEACON STREET
PITTSBURGH, PENNSYLVANIA 15217-1801
TELEPHONE (412) 261-4466

STANLEY W. GREENFIELD
GAYLE R. KRAUT

FAX: (412) 261-4408
EMAIL: GREENFIELDANDKRAUT
@VERIZON.NET

March 23, 2020

**LEGAL MAIL**
Mr. Simon Tusha
FED. ID 04182-015
Federal Correctional Institute
P.O. Box 1000
Cresson, PA 16630

Simon:

Enclosed is a packet of legal documents for you review. This packet includes:

1) Criminal Docket

2) Motion for Modification of Sentence

3) Medical documents

4) Proposed Court Order

5) Government's Motion for Extension of Time and Court Order

6) Government's Unopposed Motion for Continuance and Court Order

7) Telephonic Status Conference sheet

8) Government's Notice to the Court re: Defendant's Status

Sincerely,

Stanley W. Greenfield, Esq.

SWG/lmw

Enclosures

BOND,CLOSED

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CRIMINAL DOCKET FOR CASE #: 2:16-cr-00055-DWA-1
### Internal Use Only

Case title: USA v. TUSHA

Date Filed: 03/18/2016
Date Terminated: 01/10/2019

Assigned to: Judge Donetta W.
Ambrose

**Defendant (1)**

**SIMON T. TUSHA**
USMS 04182015
*TERMINATED: 01/10/2019*

represented by **Bruce Bettigole**
Sutherland Asbill & Brennan LLP
700 Sixth Street, N.W.
Suite 700
Washington, DC 20001
202-383-0165
Email: bruce.bettigole@sutherland.com

*TERMINATED: 09/27/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Stanley W. Greenfield**
Greenfield and Kraut
6315 Beacon Street
Pittsburgh, PA 15217
(412) 261-4466
Email: greenfieldandkraut@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Chaya Kundra**
110 N.Washington St., Suite 406
Rockville, MD 20850
301-424-7585
Email: ckundra@kundrataxlaw.com
*TERMINATED: 10/26/2016*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:371 CONSPIRACY TO DEFRAUD
THE UNITED STATES
(1)

**Disposition**

Defendant is sentenced to a total term
of imprisonment of 21 months, not to
commence prior to 4/1/2019. Upon
release from imprisonment, Defendant
shall be on supervised release for a term
of 3 years with standard and additional
conditions. There is a special
assessment of $100.00. Fine waived.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA**                                    represented by **James R. Wilson**
                                           United States Attorney's Office
                                           700 Grant Street
                                           Suite 4000
                                           Pittsburgh, PA 15219
                                           (412) 894-7453
                                           Email: james.wilson2@usdoj.gov
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*
                                           *Designation: US Govt Atty*

                                           **Shaun E. Sweeney**
                                           United States Attorney's Office
                                           700 Grant Street
                                           Suite 4000
                                           Pittsburgh, PA 15219
                                           (412) 894-7425
                                           Fax: (412) 894-7311
                                           Email: shaun.sweeney@usdoj.gov
                                           *TERMINATED: 05/03/2019*
                                           *ATTORNEY TO BE NOTICED*
                                           *Designation: US Govt Atty*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2016 | 1 | INFORMATION as to SIMON T. TUSHA (1) count(s) 1. (Attachments: # 1 Waiver of an Indictment, # 2 Arraignment Plea, # 3 Criminal Case Info Sheet) (plh) (Entered: 03/18/2016) |
| 03/18/2016 | 2 | INFORMATION Memorandum as to SIMON T. TUSHA. (plh) (Entered: 03/18/2016) |
| 03/31/2016 | 4 | TEXT NOTICE OF HEARING as to SIMON T. TUSHA. Waiver and Plea Hearing set for 5/20/2016 at 10:00 AM in Courtroom 6C before Judge Terrence F. McVerry. Text-only entry. No PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (kly) (Entered: 03/31/2016) |
| 05/12/2016 | 5 | First MOTION for Leave to Appear Pro Hac Vice Attorney: Bruce Bettigole (Filing fee $40, receipt number 0315-3956941) by SIMON T. TUSHA. (Attachments: # 1 Supplement Bruce Bettigole D.C. Bar Certificate of Good Standing) (Bettigole, Bruce) (Entered: 05/12/2016) |
| 05/12/2016 | 6 | First MOTION to Continue Waiver and Plea Hearing until 5/20/2016 by SIMON T. TUSHA. (Bettigole, Bruce) (Entered: 05/12/2016) |
| 05/12/2016 | 7 | TEXT ORDER granting 5 Motion for Leave to Appear Pro Hac Vice as to SIMON T. TUSHA (1). Signed by Judge Terrence F. McVerry on 5/12/2016. Text-only entry; no PDF will issue. This Text-only entry constitutes the Order of the Court or Notice on the matter. (kly) (Entered: 05/12/2016) |
| 05/12/2016 | 8 | TEXT ORDER granting 6 Motion to Continue as to SIMON T. TUSHA (1). Waiver and Plea Hearing set for 5/20/2016 at 01:00 PM in Courtroom 6C before Judge Terrence F. McVerry. TIME CHANGE ONLY. Signed by Judge Terrence F. McVerry on 5/12/2016. Text-only entry; no PDF will issue. This Text-only entry constitutes the Order of the Court or Notice on the matter. (kly) (Entered: 05/12/2016) |
| 05/12/2016 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 5 First MOTION for Leave to Appear Pro Hac Vice Attorney: Bruce Bettigole (Filing fee $40, receipt number 0315-3956941). ERROR: Proposed Order was made part of main document. CORRECTION: Attorney advised that in future proposed orders are to be made attachments to the main document. This message is for informational purposes only. (plh) (Entered: 05/13/2016) |
| 05/18/2016 | 9 | MOTION for Leave to Appear Pro Hac Vice Attorney: Chaya Kundra (Filing fee $40, receipt number 0315-3964115) by SIMON T. TUSHA. (Attachments: # 1 Affidavit, # 2 Proposed Order, # 3 Supplement Certificate of Good Standing) (Kundra, Chaya) (Entered: 05/18/2016) |

| 05/18/2016 | 🖼 | 10 | Supplement filed by SIMON T. TUSHA (Attachments: # 1 Chain of Custody Log) (Kundra, Chaya) Modified on 5/19/2016. (plh) This document removed from public view and redocketed at Doc. # 12 (Entered: 05/18/2016) |
| --- | --- | --- | --- |
| 05/18/2016 | | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 10 Supplement. ERROR: Wrong event selected. CORRECTION: Re-docketed as Notice. This message is for informational purposes only. (plh) (Entered: 05/19/2016) |
| 05/18/2016 | | 12 | NOTICE of a Declaration regarding The Chain of Custody of Defendant's Passport by SIMON T. TUSHA (Attachments: # 1 Chain of Custody Log) (plh) (Entered: 05/19/2016) |
| 05/19/2016 | | 11 | TEXT ORDER granting 9 Motion for Leave to Appear Pro Hac Vice as to SIMON T. TUSHA (1). Signed by Judge Terrence F. McVerry on 5/19/2016. Text-only entry; no PDF will issue. This Text-only entry constitutes the Order of the Court or Notice on the matter. (kly) (Entered: 05/19/2016) |
| 05/20/2016 | | | TEXT Minute Entry for proceedings held before Judge Terrence F. McVerry: Waiver & Plea Hearing as to SIMON T. TUSHA held on 5/20/2016. Defendant Sworn. Defendant waives prosecution by Indictment. Defendant pleads guilty as to Count One of the Criminal Information. PSI Ordered. Sentencing set for 9/16/2016 at 1:00PM. (Court Reporter: Virginia Pease) Text-only entry; no PDF document will issue. This text-only entry constitutes a Minute of the Court or Notice on the matter. (kly) (Entered: 05/20/2016) |
| 05/20/2016 | | 13 | WAIVER OF INDICTMENT by SIMON T. TUSHA. (kly) (Entered: 05/20/2016) |
| 05/20/2016 | | 14 | GUILTY PLEA ENTERED on Counts One as to SIMON T. TUSHA. (kly) (Entered: 05/20/2016) |
| 05/20/2016 | | 15 | ORDER Setting Conditions of Release as to SIMON T. TUSHA (1) $10,000 unsecured bond. Signed by Judge Terrence F. McVerry on 5/20/2016. (Attachments: # 1 Exhibit Conditions of Release) (kly) (Entered: 05/20/2016) |
| 05/20/2016 | | 16 | TEXT NOTICE OF HEARING as to SIMON T. TUSHA. Sentencing set for 9/16/2016 at 01:00 PM in Courtroom 6C before Judge Terrence F. McVerry. Any memorandum or brief in aid of sentence shall be filed on or before no less than one (1) week in advance of the date of sentencing.Text-only entry. No PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (kly) (Entered: 05/20/2016) |
| 05/20/2016 | | 17 | Special Assessment Paid by SIMON T. TUSHA $100.00, receipt number 24668038083 (plh) (Entered: 05/20/2016) |
| 07/15/2016 | | 18 | MOTION to Postpone and/or Reschedule *Sentencing* by SIMON T. TUSHA. (Attachments: # 1 Proposed Order) (Bettigole, Bruce) |

| | | | |
|---|---|---|---|
| | | | (Entered: 07/15/2016) |
| 07/19/2016 | | 19 | ORDER granting 18 Motion to Postpone and/or Reschedule as to SIMON T. TUSHA (1). Sentencing originally scheduled for 9/16/2016 is re-set for 1/17/2017 at 09:30 AM in Courtroom 6C before Judge Terrence F. McVerry. Signed by Judge Terrence F. McVerry on 7/19/2016. (rjw) (Entered: 07/19/2016) |
| 09/23/2016 | | 20 | MOTION to Withdraw as Attorney by Bruce Bettigole on behalf of *Defendant*. (Attachments: # 1 Proposed Order) (Bettigole, Bruce) (Entered: 09/23/2016) |
| 09/26/2016 | 🔒 | 21 | First MOTION to Amend/Correct 20 MOTION to Withdraw as Attorney by Bruce Bettigole on behalf of Defendant filed by SIMON T. TUSHA by SIMON T. TUSHA. (Bettigole, Bruce) Modified on 9/27/2016. (plh) This document removed from public view and redocketed at Doc. # 22 . (Entered: 09/26/2016) |
| 09/26/2016 | | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 21 First MOTION to Amend/Correct 20 MOTION to Withdraw as Attorney by Bruce Bettigole on behalf of *Defendant*, filed by SIMON T. TUSHA. ERROR: Wrong event selected. CORRECTION: Re-docketed as Errata. This message is for informational purposes only. (plh) (Entered: 09/27/2016) |
| 09/26/2016 | | 22 | Errata re 20 MOTION to Withdraw as Attorney by Bruce Bettigole on behalf of Defendant, by SIMON T. TUSHA. Reason for correction: signature of Mr. Tusha. (plh) (Entered: 09/27/2016) |
| 09/27/2016 | 🔒 | 23 | ORDER granting 20 Motion to Withdraw as Attorney. Bruce Bettigole withdrawn from case as to SIMON T. TUSHA (1). Signed by Judge Terrence F. McVerry on 9/27/2016. (rjw) Modified on 9/28/2016. (plh) This document removed from public view SEE ERRATA at Doc. # 24 for corrections. (Entered: 09/27/2016) |
| 09/27/2016 | | 24 | Errata re 23 Order on Motion to Withdraw as Attorney by SIMON T. TUSHA. Reason for correction: original document did not contain the date or the Judge's signature. (rjw) (Entered: 09/27/2016) |
| 10/03/2016 | | 25 | MOTION to Withdraw *Appearance as Counsel* by SIMON T. TUSHA. (Attachments: # 1 Proposed Order, # 2 Certificate of Service) (Kundra, Chaya) (Entered: 10/03/2016) |
| 10/04/2016 | | 26 | ORDER as to SIMON T. TUSHA directing the clerk of court to randomly reassign this case to another Judge. Signed by Chief Judge Joy Flowers Conti on 10/4/16. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (mh) (Entered: 10/04/2016) |
| 10/04/2016 | | | Judge update in case as to SIMON T. TUSHA. Judge Donetta W. Ambrose added. Judge Terrence F. McVerry no longer assigned to case. (gmp) (Entered: 10/04/2016) |
| 10/05/2016 | | 27 | ORDER denying 25 Motion to Withdraw as to SIMON T. TUSHA |

| | | | |
|---|---|---|---|
| | | | (1) without prejudice. If new counsel is obtained, the motion will be reconsidered. Signed by Judge Donetta W. Ambrose on 10/5/16. (slh) (Entered: 10/05/2016) |
| 10/05/2016 | | 28 | ORDER as to SIMON T. TUSHA: The Sentencing previously set for 1/17/17 is rescheduled for 1/9/2017 at 12:00 PM in Courtroom 3B before Judge Donetta W. Ambrose. Signed by Judge Donetta W. Ambrose on 10/5/16. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (slh) (Entered: 10/05/2016) |
| 10/14/2016 | | 29 | NOTICE OF ATTORNEY APPEARANCE: Stanley W. Greenfield appearing for SIMON T. TUSHA (Greenfield, Stanley) (Entered: 10/14/2016) |
| 10/25/2016 | | 30 | MOTION to Withdraw as Attorney by Chaya Kundra on behalf of *Simon T. Tusha*. (Attachments: # 1 Proposed Order, # 2 Certificate of Service) (Kundra, Chaya) (Entered: 10/25/2016) · |
| 10/26/2016 | | 31 | ORDER granting 30 Motion to Withdraw as Attorney. Chaya Kundra withdrawn from case as to SIMON T. TUSHA (1). Signed by Judge Donetta W. Ambrose on 10/26/16. (slh) (Entered: 10/26/2016) |
| 11/30/2016 | | 33 | MOTION for Leave to File Documents Under Seal by USA as to SIMON T. TUSHA. (Attachments: # 1 Proposed Order) (Hull, Paul) (Entered: 11/30/2016) |
| 12/01/2016 | | 34 | ORDER as to SIMON T. TUSHA (1) granting 33 MOTION for Leave to File Documents Under Seal. **After receiving notice of the order of court, you must provide the sealed document to the Clerk of Courts both on paper and on disk, in pdf format. In the alternative, you may contact the Intake Section and make arrangements to email the pdf to the Clerk of Courts. The Government shall not be required to file a redacted version of the document. You would be required to serve the sealed document on counsel using traditional service methods. Decision to Unseal Document deferred.** Signed by Judge Donetta W. Ambrose on 12/1/16. (ask) (Entered: 12/01/2016) |
| 12/01/2016 | 🔒 | 35 | SEALED MOTION (This document Sealed pursuant to 34 Order on Motion for Leave to File Documents Under Seal), by USA as to SIMON T. TUSHA. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3) (plh) (Entered: 12/01/2016) |
| 12/01/2016 | 🔒 | 36 | SEALED ORDER re: Docket No. 35 . Signed by Judge Donetta W. Ambrose on 12/1/16. (ask) (Entered: 12/01/2016) |
| 12/13/2016 | 🔒 🔒 | 38 | *SEALED* ***FOR JUDGES EYES ONLY*** RECOMMENDATION as to SIMON T. TUSHA submitted to the Court. (anwP) (Entered: 12/13/2016) |
| 12/30/2016 | | 39 | MOTION to Continue *Sentencing* by SIMON T. TUSHA. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order) (Greenfield, Stanley) (Entered: 12/30/2016) |
| 01/03/2017 | 40 | ORDER granting 39 Motion to Continue as to SIMON T. TUSHA (1). The sentencing previously scheduled for January 9, 2017 is now rescheduled for 4/12/2017 at 10:00 AM in Courtroom 3B before Judge Donetta W. Ambrose. Signed by Judge Donetta W. Ambrose on 1/3/17. (cha) (Entered: 01/03/2017) |
| 03/13/2017 | 41 | MOTION to Continue *Sentencing* by SIMON T. TUSHA. (Attachments: # 1 Proposed Order) (Greenfield, Stanley) (Entered: 03/13/2017) |
| 03/14/2017 | 42 | ORDER granting 41 Motion to Continue as to SIMON T. TUSHA (1). Sentencing previously set for 4/12/17 is rescheduled for 7/11/2017 at 10:00 AM in Courtroom 3B before Judge Donetta W. Ambrose. Signed by Judge Donetta W. Ambrose on 3/14/17. (slh) (Entered: 03/14/2017) |
| 05/31/2017 | 43 | ORDER as to SIMON T. TUSHA: The Sentencing set for 7/11/2017 will now begin at 12:00 PM, instead of 10:00, in Courtroom 3B before Judge Donetta W. Ambrose. Signed by Judge Donetta W. Ambrose on 5/31/17. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (slh) (Entered: 05/31/2017) |
| 06/06/2017 | 44 | MOTION to Continue *Sentencing by SIMON T. TUSHA. (Attachments: # 1 Proposed Order (Greenfield, Stanley) (Entered: 06/06/2017)* |
| 06/07/2017 | 45 | ORDER granting 44 Motion to Continue as to SIMON T. TUSHA (1). Sentencing is reset for 10/10/2017 at 12:00 PM in Courtroom 3B before Judge Donetta W. Ambrose. Signed by Judge Donetta W. Ambrose on 6/7/17. (slh) (Entered: 06/07/2017) |
| 08/29/2017 | 46 | ORDER as to SIMON T. TUSHA: The time for the Sentencing set for 10/10/2017 has changed from 12:00 PM to 10:30 AM that same day (10/10/17) in Courtroom 3B before Judge Donetta W. Ambrose. Signed by Judge Donetta W. Ambrose on 8/29/17. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (slh) (Entered: 08/29/2017) |
| 09/06/2017 | 47 | MOTION to Continue *Sentencing Date* by SIMON T. TUSHA. (Attachments: # 1 Proposed Order) (Greenfield, Stanley) (Entered: 09/06/2017) |
| 09/07/2017 | 48 | ORDER granting 47 Motion to Continue as to SIMON T. TUSHA (1). Sentencing previously set for 10/10/17 now set for 1/10/2018 10:00 AM in Courtroom 3B before Judge Donetta W. Ambrose. Signed by Judge Donetta W. Ambrose on 9/7/17. (ask) (Entered: 09/07/2017) |
| | | |

| 01/08/2018 | 49 | MOTION to Continue *Sentencing Date* by SIMON T. TUSHA. (Attachments: # 1 Proposed Order) (Greenfield, Stanley) (Entered: 01/08/2018) |
|---|---|---|
| 01/09/2018 | 50 | ORDER granting 49 Motion to Continue as to SIMON T. TUSHA (1): The Sentencing Hearing set for 1/10/2018 is rescheduled for 4/10/2018 at 10:00 AM in Courtroom 3B before Judge Donetta W. Ambrose. Signed by Judge Donetta W. Ambrose on 1/9/18. (sps) (Entered: 01/09/2018) |
| 03/29/2018 | 51 | ORDER as to SIMON T. TUSHA: The Sentencing scheduled for 4/10/18 at 10:00 will be conducted in Courtroom 3A. Signed by Judge Donetta W. Ambrose on 3/29/18. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (slh) (Entered: 03/29/2018) |
| 04/04/2018 | 52 | MOTION to Continue *Sentencing Date* by SIMON T. TUSHA. (Attachments: # 1 Proposed Order) (Greenfield, Stanley) (Entered: 04/04/2018) |
| 04/05/2018 | 53 | ORDER granting 52 Motion to Continue as to SIMON T. TUSHA (1) Sentencing previously set for 4/10/18 now set for 7/9/2018 10:00 AM in Courtroom 3B before Judge Donetta W. Ambrose. Signed by Judge Donetta W. Ambrose on 4/5/18. Text-only entry; no PDF will issue. This Text-only entry constitutes the Order of the Court or Notice on the matter. (ask) (Entered: 04/05/2018) |
| 06/27/2018 | 54 | Seventh MOTION to Continue *Sentencing Date* by SIMON T. TUSHA. (Attachments: # 1 Proposed Order) (Greenfield, Stanley) (Entered: 06/27/2018) |
| 06/28/2018 | 55 | ORDER granting 54 Motion to Continue as to SIMON T. TUSHA (1). Sentencing previously set for set for 7/9/18 now set for 10/1/2018 11:00 AM in Courtroom 3B before Judge Donetta W. Ambrose. Signed by Judge Donetta W. Ambrose on 6/28/18. Text-only entry; no PDF will issue. This Text-only entry constitutes the Order of the Court or Notice on the matter. (ask) (Entered: 06/28/2018) |
| 09/27/2018 | 56 | MOTION to Continue *Sentencing Date* by SIMON T. TUSHA. (Attachments: # 1 Proposed Order) (Greenfield, Stanley) (Entered: 09/27/2018) |
| 09/28/2018 | 57 | ORDER granting 56 Motion to Continue as to SIMON T. TUSHA (1). The Sentencing is continued until 1/3/2019 at 10:15 AM in Courtroom 3B before Judge Donetta W. Ambrose. Signed by Judge Donetta W. Ambrose on 9/28/18. (slh) (Entered: 09/28/2018) |
| 10/22/2018 | 58 | ORDER as to SIMON T. TUSHA : The Sentencing previously scheduled for 1/3/2019 at 10:15 a.m. is rescheduled for 1/3/19 at 10:30 a.m. in Courtroom 3B before Judge Donetta W. Ambrose. Signed by Judge Donetta W. Ambrose on 10/22/18. Text-only entry; no PDF document will issue. This text-only entry constitutes the |

| | | |
|---|---|---|
| | | Order of the Court or Notice on the matter. (cha) (Entered: 10/22/2018) |
| 12/12/2018 | 59 | MOTION to Continue *Sentencing Date* by SIMON T. TUSHA. (Attachments: # 1 Proposed Order) (Greenfield, Stanley) (Entered: 12/12/2018) |
| 12/14/2018 | 60 | ORDER as to SIMON T. TUSHA. Government's response to Defendant's Motion to Continue Sentencing due by 12/17/18. Signed by Judge Donetta W. Ambrose on 12/14/18. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (ask) (Entered: 12/14/2018) |
| 12/17/2018 | 61 | RESPONSE to Motion by USA as to SIMON T. TUSHA re 59 MOTION to Continue *Sentencing Date* (Wilson, James) (Entered: 12/17/2018) |
| 12/17/2018 | 62 | ORDER denying 59 Motion to Continue as to SIMON T. TUSHA (1). Signed by Judge Donetta W. Ambrose on 12/17/18. (cha) (Entered: 12/17/2018) |
| 12/20/2018 | 63 | MOTION to Continue *Sentencing Date* by SIMON T. TUSHA. (Attachments: # 1 Proposed Order) (Greenfield, Stanley) (Entered: 12/20/2018) |
| 12/21/2018 | 64 | ORDER granting 63 Motion to Continue as to SIMON T. TUSHA (1) Sentencing previously set for 1/3/19 now set for 1/10/2019 10:00 AM in Courtroom 3B before Judge Donetta W. Ambrose. Signed by Judge Donetta W. Ambrose on 12/21/18. Text-only entry; no PDF will issue. This Text-only entry constitutes the Order of the Court or Notice on the matter. (ask) (Entered: 12/21/2018) |
| 01/04/2019 | 65 | NOTICE OF ATTORNEY APPEARANCE Shaun E. Sweeney appearing for USA. (Sweeney, Shaun) (Entered: 01/04/2019) |
| 01/09/2019 | 🔏 | *SEALED* Sealed Docket Entry as to SIMON T. TUSHA. See other documents filed at Misc Case Number 19-52. (sdp) (Entered: 01/09/2019) |
| 01/09/2019 | 67 | SENTENCING MEMORANDUM by SIMON T. TUSHA (Attachments: # 1 Exhibit, # 2 Exhibit) (Greenfield, Stanley) (Entered: 01/09/2019) |
| 01/10/2019 | 68 | Minute Entry for proceedings held before Judge Donetta W. Ambrose: Sentencing. Judgment Order to follow. (Court Reporter: Karen Early) (ask) Modified text on 1/10/2019. (ask) (Entered: 01/10/2019) |
| 01/10/2019 | 69 | JUDGMENT as to SIMON T. TUSHA (1), Count(s) 1, Defendant is sentenced to a total term of imprisonment of 21 months, not to commence prior to 4/1/2019. Upon release from imprisonment, Defendant shall be on supervised release for a term of 3 years with standard and additional conditions. There is a special assessment of $100.00. Fine waived. Signed by Judge Donetta W. Ambrose on |

| | | | |
|---|---|---|---|
| | | | 1/19/19. (ask) (Entered: 01/10/2019) |
| 01/10/2019 | | | ***Terminated Case. (ept) (Entered: 01/11/2019) |
| 03/15/2019 | | 70 | MOTION for Extension of Time *to Report* by SIMON T. TUSHA. (Attachments: # 1 Proposed Order, # 2 Exhibit Document 69 - Judgement, # 3 Exhibit Letter Dated 3/14/19, # 4 Exhibit Letter Dated 3/6/19) (Greenfield, Stanley) (Entered: 03/15/2019) |
| 03/18/2019 | | 71 | ORDER granting 70 Motion for Extension of Time as to SIMON T. TUSHA (1). Defendant to self-report for incarceration on 5/13/19. Signed by Judge Donetta W. Ambrose on 3/18/19. (cha) (Entered: 03/18/2019) |
| 04/05/2019 | 📷 | 72 | Sealed Sentencing Supplement as to SIMON T. TUSHA, filed in accordance with the Court's Standing Order at Miscellaneous No. 17-447. (ask) (Entered: 04/05/2019) |
| 05/01/2019 | | 73 | ORDER as to SIMON T. TUSHA: A Telephone Conference is set for 5/2/2019 at 1:30 PM in Suite 3280 before Judge Donetta W. Ambrose. Counsel for Defendant to initiate. Signed by Judge Donetta W. Ambrose on 5/1/19. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (slh) (Entered: 05/01/2019) |
| 05/02/2019 | | 74 | Minute Entry for proceedings held before Judge Donetta W. Ambrose: Telephone Status Conference as to SIMON T. TUSHA held on 5/2/2019. (Court Reporter: none) (cha) (Entered: 05/02/2019) |
| 05/02/2019 | | 75 | MOTION to Withdraw as Attorney by Shaun E. Sweeney on behalf of USA. (Attachments: # 1 Proposed Order) (Sweeney, Shaun) (Entered: 05/02/2019) |
| 05/03/2019 | | 76 | ORDER granting 75 Motion to Withdraw as Attorney. Shaun E. Sweeney withdrawn from case as to SIMON T. TUSHA (1). Signed by Judge Donetta W. Ambrose on 5/3/19. Text-only entry; no PDF will issue. This Text-only entry constitutes the Order of the Court or Notice on the matter. (ask) (Entered: 05/03/2019) |
| 06/04/2019 | | 77 | Judgment Returned Executed as to SIMON T. TUSHA: Defendant delivered on 5/13/19 to FCI Loretto. (ept) (Entered: 06/04/2019) |
| 12/11/2019 | | 78 | MOTION to Modify *SENTENCE* by SIMON T. TUSHA. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Proposed Order) (Greenfield, Stanley) (Entered: 12/11/2019) |
| 12/12/2019 | | 79 | ORDER as to SIMON T. TUSHA. Government's Response to Defendant's Motion for Modification of Sentence due by 12/30/19. Signed by Judge Donetta W. Ambrose on 12/12/19. Text-only entry; no PDF document will issue. This text-only entry constitutes the |

| | | Order of the Court or Notice on the matter. (ask) (Entered: 12/12/2019) |
|---|---|---|
| 12/23/2019 | 80 | MOTION for Extension of Time to File Response/Reply as to 78 MOTION to Modify *SENTENCE* filed by SIMON T. TUSHA by USA as to SIMON T. TUSHA. (Attachments: # 1 Proposed Order) (Wilson, James) (Entered: 12/23/2019) |
| 12/26/2019 | 81 | ORDER granting 80 Motion to File Response/Reply as to 78 MOTION to Modify *SENTENCE* filed by SIMON T. TUSHA filed by USA as to SIMON T. TUSHA (1). Response to Motion due by 1/13/2020. Signed by Judge Donetta W. Ambrose on 12/26/19. (cha) (Entered: 12/26/2019) |
| 01/13/2020 | 82 | Second MOTION to Continue *Response Deadline* by USA as to SIMON T. TUSHA. (Attachments: # 1 Proposed Order) (Wilson, James) (Entered: 01/13/2020) |
| 01/14/2020 | 83 | ORDER granting 82 Motion to Continue as to SIMON T. TUSHA (1). Government's Response to Defendant's Motion for Modification of Sentence is now due by 1/23/2020. Signed by Judge Donetta W. Ambrose on 1/14/20. (slh) (Entered: 01/14/2020) |
| 01/22/2020 | 84 | ORDER as to SIMON T. TUSHA: A Telephone Conference is set for 1/23/2020 at 8:45 AM in Suite 3280 before Judge Donetta W. Ambrose. Signed by Judge Donetta W. Ambrose on 1/22/20. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (slh) (Entered: 01/22/2020) |
| 01/23/2020 | 85 | Minute Entry for proceedings held before Judge Donetta W. Ambrose: Telephone Status Conference as to SIMON T. TUSHA held on 1/23/2020 re pending Motion at ècf no. 78 . Government orally moved for an extension of time to file Response to pending Motion. After discussion, Judge granted oral motion. Government's Response to Motion is due 3 days after Government receives a report from Hillman. (Court Reporter: none) (slh) (Entered: 01/23/2020) |
| 01/23/2020 | | Terminate Deadlines and Hearings as to SIMON T. TUSHA: Conference held and hearing memo filed. (slh) (Entered: 01/23/2020) |
| 01/28/2020 | 86 | NOTICE *To The Court Re: Defendant Status* by USA as to SIMON T. TUSHA re 78 MOTION to Modify *SENTENCE* (Wilson, James) (Entered: 01/28/2020) |
| 01/30/2020 | 87 | ORDER denying as moot 78 Motion to Modify as to SIMON T. TUSHA (1). Signed by Judge Donetta W. Ambrose on 1/30/20. Text-only entry; no PDF will issue. This Text-only entry constitutes the Order of the Court or Notice on the matter. (slh) (Entered: 01/30/2020) |

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Respondent | ) Criminal No. 16-cr-055 |
| v. | ) (Case No. 2:16-CR-00055-DWA |
| | ) (The Honorable Donetta W. Ambrose) |
| SIMON TUSHA | ) |
| Petitioner. | |

MOTION PURSUANT TO 18 U.S.C. 3582 FOR MODIFICATION OF
SENTENCE OR IN THE ALTERNATIVE FOR AN ORDER REQUIRING THE BUREAU OF
PRISONS TO PROVIDE IMMEDIATE TREATMENT OF PETITIONER'S
LIFE THREATENING HEALTH CONDITIONS

Comes now, Simon Tusha, Petitioner, who in light of his multiple life-threatening cancer diagnoses, moves the Court for an Order modifying his sentence, or one requiring the Bureau of Prisons (BOP) to make immediate arrangements with Petitioner's current treating physician at Johns Hopkins Medical Center in Baltimore MD, for treatment of his recurring and new cancers, in support of which he avers the following:

I

MEDICAL HISTORY TIMELINE

4/11/18 – Surgery for "Radical Prostatectomy" for Prostate Cancer (see Exhibit C letter 3/6/19 & Exhibit B).

11/27/18 – Biopsy for suspected Melanoma (See Exhibit A).

1

2/21/19 – Surgery for Malignant Melanoma (See Exhibit A, 1/7/19 letter, page 5, and Exhibit C. 3/14/19 letter) with subsequent follow-up visits to date of Tusha's self-surrender to Loretto, FPC.

2/28/19 – Colonoscopy (See Exhibit C 5/24/19 letter).

5/6/19 – Second surgery for Malignant Melanoma with other areas reported for suspected metastasis or spreading to other areas in Tusha's body. (Exhibit C 5/24/19 letter).

5/13/19 – Self-surrender to Loretto FPC to commence a 21 month sentence for tax evasion.

5/15/19 – Stitches removed by nurse at Loretto, FPC. Tusha requested incontinence pad and support underwear, which he did not receive until a week or so later. The site where the malignant melanoma was removed from Tusha's skull was visibly bleeding until mid-July with no follow-up care or outside appointments made for his medical care.

5/16/19 – PA Burke reviewed Tusha's medical records and confirmed his multiple cancers and critical condition. PA Burke verbally informed him that the institution cannot treat him and that he would be sent shortly to outside Oncology, Urology and Dermatology physicians for care. By 8/14/19, no appointments had been made and no medical follow-up had occurred despite acknowledgement of his multiple cancers and medical issues.

5/21/19 – Tusha informed Camp Case Manager, Mr. Bagley, of his medical condition. Mr. Bagley told him to request "Compassionate Release."

5/23/19 – Tusha sent an electronic request for "Compassionate Release." The computer response said it was sent to RIS (reduction in sentence) coordinator. As of this date, no response had been received related to the request for Compassionate Release.

5/24/19 – Followed-up with a hard copy request for Compassionate Release with copies of medical records and medical letters from treating physicians to prove Tusha's dire medical condition. To this date, no response had been received. (Exhibit C)

2

6/5/19 – Tusha submitted an Administrative Remedy Informal Resolution which was received on
6/6/19.

6/7/19 – Sent Inmate Request to Staff requesting transfer per BOP Policy Statement 7310.4 to
home confinement to have urgent medical follow-up per Johns Hopkins treating physicians
(Tusha has health insurance and agreed to accept full financial responsibility for my future
medical expenses and care). In the alternative, requesting transfer to home confinement per 18
U.S.C. § 3621(b). Third alternative grounds for relief of home confinement per BOP Policy
Statement 7320.01. (See Exhibit D).

6/16/19 – Appeal denial of Inmate Request to Staff to Unit Manager. (See Exhibit E).

7/15/19 – Administrative Remedy Informal Resolution to this denial, with Response on 7/18/19
stating that Tusha would be given relief through other request. (See Exhibit F).

7/21/19 – Returned denial to Tusha and asked if he wanted to file a BP-9.

6/8/19 – Letter and Response given by Norman Weidlich, Health Services Administrator which
fully confirms Tusha's current medical condition (Exhibit G):

"You arrived at FCI Loretto on May 13, 2019, with a history of prostate cancer s/p
prostatectomy, incontinence, melanoma, colorectal polyps, and Asthma. Your Primary Care
Provider (PCP) evaluated you for a history and physical on May 16, 2019, advised you to furnish
information so your medical records can be obtained, and submitted a consultation for an
evaluation by a Dermatologist to follow you for a history of melanoma. You were evaluated by
the Clinical Director (CD) on June 7, 2019. The CD submitted consultations for your evaluation
by Oncology due to your personal history of Melanoma/Prostate Cancer and strong family
history of Cancer, and Urology to be followed for recent history of Prostatectomy."

3

** Despite the acknowledgement of all of his urgent medical conditions and cancers, as of this date – 8/14/19 – no follow-up visit had been done and no further communication about any follow-up or care had been given.

6/20/19 – Correspondence from Dr. Paul N. Manson, Professor of Surgery and a treating physician from Johns Hopkins, sent to Tusha at FPC Loretto (Exhibit H):

"This 46 y.o. male has had recent surgery on 2/21/19 and 5/6/19 for malignant melanoma and had significant lesions which will require close follow-up every three months. In addition, he recently had a laparoscopic radical prostatectomy for prostate cancer. Each of these conditions requires close follow-up every three months, and he must be seen frequently and regularly to accomplish the follow-up required."

** Despite the required follow-up that is medically necessary according to Johns Hopkins and acknowledged by the Health Services Administrator, absolutely no follow-up had occurred over three months.

7/21/19 – BP-9 sent to Warden Moser requesting transfer to home confinement under one of four possible grounds:

1.  BOP Policy Statement 7320.01 dated 9/6/95 at paragraph 1(C);
2.  BOP Policy Statement 7310.04 dated 12/16/98 at paragraph 9.(4);
3.  18 U.S.C. § 3621(b); and/or
4.  The Compassionate Release under the First Step Act or other policy.

7/25/19 – BP-9 Notice regarding acknowledgement of receipt received. (Exhibit I).

7/26/19 – Oncology & Urology Consults supposedly approved. To date, no consult or other appointment had been done. No medical consult or information had been provided to Tusha.

4

8/1/19 – Sick Call request sent due to increasing scrotum pain. Greatly concerned about metastasis spreading cancer to scrotum or other areas on Tusha's part.

8/2/19 – PA Bregg prescribed "Cipro" for a potential infection despite no rise in temperature.

8/13/19 – PA Burke discussed with Tusha his situation and confirmed need to see outside doctors, need for support-compression underwear. Tusha provided his ongoing concerns about falls, bleeding, pain in testicles, incontinence, need for supplies as well as his concern about no outside doctor visits. (Exhibit J).

8/13/19 – BP-9 Response received. The response only addressed Compassionate Release and that the review is awaiting completion. No response is given to items ## 1-3 above on policy statements and statutory basis for relief. (Exhibit K).

8/14/19 – One vial of blood was drawn.

8/14/19 – Submitted Regional Administrative Remedy Appeal for denial of relief per Request for Administrative Remedy response received 8/12/19. (Exhibit L).

To date, as of 8/14/19, no medical appointments or consultations have occurred. Tusha states, "I am a nonviolent offender in prison for the crime of "conspiracy to commit tax evasion" because I relied on my lawyer and accountant for tax advice. I do not want to die in prison. I would like to be released to my family and children so I can get urgent cancer follow-up and care. I am not a danger to anyone nor society. I can also be fully responsible financially for my future medical care."

5

II

## BOP APPEAL TIME-LINE

1.  On January 10, 2019, Petitioner was sentenced to 21 months in prison for violation of 18 U.S.C. 371.

2.  On May 23, 2019, Petitioner sought administrative remedy for this issue through the Warden at FPC Loretto. The Warden did not respond until August 12, 2019. (discussed infra).

3. On July 24, 2019, Petitioner began the administrative remedy process filing a BP-9 with the Warden. (See Exhibit I)

4. Upon denial of the BP-9, Petitioner filed a BP-10 with the Regional Office. Upon no reply within the time allowed, Petitioner filed a BP-11 with the Central Office in Washington, DC. No response has been provided as of this writing. (See Exhibits K and L)

5. See Administrative Remedy Informal Resolution. This sets out that he can request reduction in sentence. (Exhibit D).

6. Petitioner has suffered from various types of cancer beginning with prostate cancer diagnosed in 2015. This resulted in radical prostatectomy surgery removing entire prostate and associated cancer.

7. On September 4, 2019, a biopsy was performed, more cancer was discovered and a report was sent to FPC Loretto (Exhibit O) on September 9, 2019 (Exhibit P), although Petitioner was not given results until October 25, 2019. Petitioner was informed by staff that no further treatment would be provided and that he could seek treatment after returning to halfway house on or about August 12, **2020.**

8. On October 7, 2019, upon review of a PET scan, spots were discovered on Petitioner's lungs and a treatment protocol was recommended after review of the PET scan results. (See Exhibit Q)

9. On October 25, 2019, and November 14, 2019, Paul N. Manson, MD, Tusha's Johns Hopkins surgeon and treating physician before surrender, wrote FCI Loretta and stressed the need for treatment of these conditions (Exhibits M and N). Johns Hopkins Medicine Letter dated 11-25-2019 states: "Simon has a history of invasive lesions which have been diagnosed as atypical lesions, but they are actually regressed invasive melanomas. He should always have complete excisions of such lesions and evaluation of the excised biopsies by competent pathologists who are pigmented lesion experts familiar with his history."

10. The BOP is of the opinion that Petitioner can wait until he is released on August 12, 2020 to obtain treatment for these cancers (Exhibit R). There is no medical protocol that suggests waiting 10 months to treat growing cancers is an appropriate treatment regimen. In fact, spots on the lungs which are likely cancerous, are the most serious with respect to early detection and treatment. This condition along with the confirmed regressed invasive melanomas, require immediate treatment for Petitioner, to prevent metastasis and potential imminent death.

III

ARGUMENT

Courts have held that the "administrative appeals process is unavailable to an inmate when he fails to receive a response or a decision on his grievances." *Small v. Camden County*, 728 F.3d 265 (3rd Cir. 2013) Id. at 273. The Court also held that when the Superintendent failed to respond at the second level of the process, "The administrative process was not available." Id. at 273-74. In this case, despite no response from the Warden, Petitioner continued filing up the chain and completed his BP-11 as though he had received answers. As of this writing, Petitioner has not received a response from the Central Office. Petitioner takes the position as set forth in Small, supra.

7

18 USC §3582(c)(1)(A) states:

"(A) the Court, upon motion of the Director of Prisons, or upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such request by the Warden of the defendant's facility, whichever is earlier."

The Warden failed to respond within the 30-day time limit.

18 USC §3582(c)(1)(i) states:

"extraordinary and compelling reasons warrant such a reduction;"

In this case, the extraordinary and compelling reasons are Petitioner's life-threatening untreated cancers that are now growing and proven by medical experts and tests to exist. Time is of the essence for Petitioner, and the BOP indifference to Tusha's medical needs, if not dealt with, will result in metastasis and imminent death. Granting an Order requiring the BOP to provide the Petitioner with competent medical care to continue the treatment for his condition as his Doctor has said that he requires, or otherwise arranging for treatment to be given by Dr. Manson, either by modifying Tusha's sentence by releasing him to a halfway house in the proximity of John Hopkins, or to home confinement, are the only reasonable alternatives. Moreover, Tusha's medical insurance can pay the cost of this treatment, thus relieving the BOP of that medical expense.

<u>REMEDIES</u>

18 USC §3582 requires that BOP Policy Statements be consistent with the First Step Act. Pub. L. 115-391,132 Stat 5194.

BOP Policy Statement 7310.04 (12/16/18) appears to directly address the instant issues before the Court.

8

"Inmates with medical conditions or disabilities can be considered for community placement. These inmates are required to assume financial responsibility for their healthcare while assigned to community programs or home confinement."

See also, *U.S. v. Beck*, 1:13-CR-186-6, 2019 WL 2716505, (M.D.N.C. June 28, 2019), a case virtually on point. There the defendant Beck, while serving her sentence was diagnosed with breast cancer, and the treatment she received from the BOP did not meet the standard of care that could have been provided. The Court there held that reduction of the defendant's prison sentence was in line with the First Step Act 2018, the sentencing guidelines and the Commission's intent, as the level of health care the BOP was providing to the defendant to treat her breast cancer was "abysmal," and met the requirement of "extraordinary and compelling reasons" warranting a reduction of her sentence to time served. The care the BOP provided to Ms. Beck included lengthy delays in ensuring that she was seen by a competent doctor, resulting in the spread of the disease and a requirement of "a radical mastectomy." The delays in treatment that she received resulted in a greater risk of the spread of the disease, and the potential loss of her life. *Beck*, at 7. In the current case before the Court, Mr. Tusha has experienced similar delays in receiving treatment from the BOP, including lengthy delays between appointments to see the Doctor for treatment of his recurring Melanoma and no prospect of further treatment until June of 2020, Tusha's halfway house release date.

BOP Policy Statement 7320.01 (9/6/95) states:

"ordinarily, the length of placement is limited to the last 10 per cent of the inmate's term to be served or six months, whichever is less. An exception is provided for inmates with sentences of more than 12 months but not more than 30 months ... These inmates can be considered for home confinement." It is thus clear that the BOP has the authority to grant Tusha's request, but chooses not to do so, despite its own recognition of Tusha's metastatic cancer condition.

9

<u>CONCLUSION</u>

For all the foregoing reasons, Tusha requests this Court to GRANT the requested relief and to issue Orders as follows:

(A) Issue an ORDER requiring that the BOP take immediate action and schedule appointments with Johns Hopkins physicians for treatment of Tusha's cancers;

(B) Release of Tusha to home confinement or to a halfway house in Baltimore, Maryland, each of which is within walking distance of the Johns Hopkins Hospital and his treating physicians;

(C) Expedited review and/or hearing and argument of this Motion for the reasons stated.

Respectfully submitted,

GREENFIELD & KRAUT

<u>/s/ Stanley W. Greenfield, Esq.</u>

Stanley W. Greenfield, Esquire

PA I.D. No. 00622

6315 Beacon Street

Pittsburgh, PA 15217

(412) 261-4466

10

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     )
                              )    Criminal No. 16-55
         v.               )
                              )    (18 U.S.C. 371)
SIMON T. TUSHA            )

## GOVERNMENT'S NOTICE TO THE COURT RE: DEFENDANT STATUS

AND NOW comes the United States by its counsel Scott W. Brady, United States

Attorney for the Western District of Pennsylvania and James R. Wilson, Assistant

United States Attorney in and for said district and files the following Notice to the

Court and in support of the same sets forth the following:

1.     Defendant was sentenced pursuant to his guilty plea to charges that he

conspired to defraud the United States on January 10, 2019.  At that time he was

sentenced to a period of 21 months incarceration, a term of 3 years supervised release, a

fine of $962,100 and a $100 Special Assessment;

2.     Defendant self reported to FCI Loretto to begin serving his sentence on

May 13, 2019;

3.     On December 11, 2019, Defendant filed a Motion to Modify Sentence or In

the Alternative for an Order Requiring the Bureau of Prisons (BOP) to Provide

Immediate Treatment of Petitioner's Life Threatening Health Conditions (Doc. No. 78);

4.     Defendant's Petition at Doc. 78 consists principally of a chronology and

may fairly be divided into two general categories of information; first, he advises the
Court regarding a number of steps taken/requests made directly through channels of
the Bureau of Prisons for Compassionate Release and/or forms of relief that are left to
the sound discretion of the BOP. Those matters are unresolved. Second he petitions
this Court for matters within the Court's discretion regarding the scheduling of medical
appointments with physicians that Defendant insists he must see, or for release to
Home Confinement to expedite medical care.

     5.    As to the second part of Defendant's Petition at Doc. No. 78, generally
seeking the Court's intervention to assure certain specific medical the following should
be noted for the Court's consideration:

        **a.** Government counsel and defense counsel have been in regular contact
            since the filing of Doc. 78;

        **b.** Government counsel has interacted with personnel at FCI Loretto that
            are responsible for Defendant's medical treatment to seek to address
            the validity of defendant's various claims and to assure that Defendant
            promptly receives all necessary medical attention;

        **c.** Defendant's principal concern related to potentially cancerous lesions
            on his skin in a variety of locations;

        **d.** Defendant was seen at the Hillman Cancer Center on January 23, 2020,
            at which time he underwent a thorough examination relative to a

variety of assertions concerning cancerous or potentially cancerous

areas that were deemed to require prompt attention;

e. Government Counsel received emailed copies of reports concerning

the treatment Defendant received at Hillman on January 23 as well as

documents prescribing surgical treatment for the worrisome lesions;

f. That surgery is now scheduled for February 5, 2020;

6.    This pleading constitutes the report which the government promised to

the Court at the time of a telephone status conference on January 23, 2020, and the

government respectfully avers that said report suffices as an appropriate resolution of

the matters raised by the filling of the defendant's Petition at Doc. 78.

Respectfully Submitted,

SCOTT W. BRADY
United States Attorney

s/James R. Wilson
JAMES R. WILSON
Assistant United States Attorney
PA ID No. 27648

HAGNOSIS: (gxe) 12/06/2018 @ 04:57 pm

) LOWER BACK (BIOPSY): SEVERELY ATYPICAL COMPOUND
RATION WITH REGRESSIVE FEATURES, FOCALLY EXTENDING
:).

case. There are areas of junctional confluency,
Id Sox10 stains, concerning for melanoma in situ.
appears nevoid and follows a follicle, as in a
Is. However, there is

e

the VVG stain (elastic fibers focally pushed down
and a regressed invasive melanoma cannot be
d area measures 0.8mm in maximum depth. The lateral
/e, but the the deep margin is focally involved. A
ve margins is recommended for complete eradication
was reviewed at the Dermatopathology quality
Dr. N. Kim was notified of the findings by Dr. Erdag

1.

regularly shaped red brown macule

nted. The margin is inked, and the specimen is
f 2 (Two) piece(s) and submitted in its entirety.

5:

═══════════════════════════════════════════════════════════════

I 12/06/2018 17:05

I Institutions
1 Oral Pathology
nore, MD 21287
77-321-9444

. 12/06/2018 at 04:59 pm

ems, please don't hesitate to call 410 955 9469





: Identifier

18

|  | Dates | Details |
|---|---|---|
| tract symptoms, unspecified | | Status: Activ |
| ia (Renamed from Benign prostatic | | Comments: moderate la is normal Status: Activ |
| specific antigen) (790.93, R97.20) | | Comments: and biopsy Status: Acth |
| tomy (607.84, N52.31) | | Status: Activ |
| tomy (607.84, N52.31) | | Status: Acth |

cation

Started 11–Apr–201

Active Comments: Qty

: 0

Ordered :10–
Aug–2018
Cleary, Ryan
MD

Started 10–Aug–20

Active Comments: Me

neal for 30 days

: 6

Ordered :24–
Jan–2018
Benner, Patricia

Started 24–Jan–201

Active Comments: to

neal for 30 days

12

Ordered :24–
Jan–2018
Benner, Patricia

Started 24–Jan–201

Active

tion

Started 11–Apr–20

Active Comments: Q

Aerosol Powder Breath

Inactive

tion – Historical

Inactive Comments:

ation with my Case Manager, Mr. Bag:
apply for compassionate release.   Tl
yesterday as well based upon my mult
several cancerous processes includii
rostatectomy, urethra cancer, colon (
.l.

)und, I was diagnosed with cancer in
prostatectomy which also removed po:
loctors at Johns Hopkins and Chesape:
1 and in February, 2019, a malignant
Thereafter, on February 28, 2019, i
ed to my colon.   Most recently and m
skull and it was removed on May 6, 2
ved from that cancer surgery here la

ors at Johns Hopkins University Hosp
lat I will likely have multiple surg
condition which, unfortunately, has
ors stated that I must be monitored
dy.   They propose BRCA gene therapy,
n immediate colonoscopy and melanoma
ful in my current situation it is

care, attention, testing, monitorin

ition to both of my requests will ho
of care for me as I go through this
lese days with my children and famil
ried about my survival. My colon ca
le if monitored, treated and caught
y and severity of my condition and t
al to for your mercy in this situati
s present sitution and sustains my f

ur time and attention to this matter
our earliest convenience.

Sincere Regard



**Tusha** has been under my professional c
2018 for

ed Laparoscopic Radical Prostatectomy h
wears pads/absorbent

of Prostate Cancer also will require him to
st 4 years post

rding this patients status, please contact

state of health.  Simon is not currently able to sit ar
e and not of the health that would permit the concer

n about two months, but until then he will be underg
ince with his treatment.



e care of Dr. Paul Manson at Johns Hopkins Hospi
ement. The patient has an open wound that contin
post operative visit.

please don't hesitate to call 443 997 9466.

n

at 3/14/2019 10:02 AM.

ınd not of the health that would permit the co

about a month, but until then he will be unde
ı his treatment.



be transferred to home

$10.04  12-16-98.

chment.

(Do not write below this line)

tontum Eligibilit

my children during the hectic ordea

Thank you

usha has been under my professional car
)18 for

l Laparoscopic Radical Prostatectomy he l
vears pads/absorbent

Prostate Cancer also will require him to l
4 years post

ing this patients status, please contact th

t Simon Tusha is not able to attend his regula
ite of health. Simon is not currently able to s
nd not of the health that would permit the cor

about a month, but until then he will be under
his treatment.

care of Dr. Paul Manson at Johns Hopkins Hospit
ment. The patient has an open wound that continu
ost operative visit.

please don't hesitate to call 443 997 9466.

1

P

ᴛ 7/1 4/7ᴏ1ᴏ 1ᴏ.ᴏ7 ᴀᴀ4

House to coutinue my

BOR Policy 7310.

cal confirmation of my

your attention And sei

(Do not write below this line)

ef Requested: Please see attached AN
cew Any further medical profession
bleeding. I AM AgAiN requesting to
45 per BOP Policy 7310.04 paragraph 9
rm to staff: 7/15/19 Staff Ini

clude effort to resolve):

vious 2 Admin Remedy Su
was you STaTe in This Th
nove Previous subarssions This;
e of BP-9 _____ Date:

Department Head

_____ Date:

Unit Manager

ined: 7/18/19 Counselor's In

ejected. (Circle one)

_____ Date. 7-18-19

f Requested: Vlease see Attachment
see any further medical profession
bluding. I am again requesting to
IS per BOP Policy 7310.04 paragraph 9.
m to staff: _____ Staff Init

clude effort to resolve):

e of BP-9 _____ Date:
                Department Head

                _____ Date:
                Unit Manager

ined: _____ Counselor's Ini

ejected. (Circle one)

        Date: _____

onsultation for your evaluation by a
istory of Melanoma. You were evaluat
June 7, 2019. The CD submitted cons
)logy, due to your personal history of
 family history of Cancer, and Urolo
y of Prostatectomy. We are still aw
rds. The Health Services Department
uled follow up appointments.

 addresses your concerns.

dministrator

:ent surgery on 2/21/19 and on 5/6/19 for malign
require close follow-up every three months.

had a laparoscopic radical prostatectomy for pros
uires close follow-up every three months, and he
the follow-up required.

re any questions.



isor of Plastic Surgery
dicine

Shock Trauma Unit and
School of Medicine

SI

indicator below into the subject line; only this in

3d384c3
e departmental mail box.  Responses from perso

ו taking it but really hasnt address the scrotum p

dermatology approvals in my portal, but thank yc

this review, a recommendation
e completed by the unit team,

all relevant factors in accord
 the compassionate release you
s determined that you will not
ome confinement time until a f
ompassionate release request.
e Unit Team will consider your
afety, and the necessity of th
ion.

Request for Administrative Rem
oses only.   If you are not sat
appeal on the appropriate form
: Regional Office, U.S. Custom
th Floor, Philadelphia, Pennsyl
eived in the Director's office
ate of this response.

e  for those with medical conditions
condition and need for outside treatm
iting review by the Health Services .
confirmed my condition on 6/8/19.  Th



SIC

mid lower back. The pathology report was re

ɘ a "SEVERELY ATYPICAL COMPOUND MELAN

RES, FOCALLY EXTENDING TO BIOPSY BASE (SE

ıreas of junctional confluency, seen on both r

ɹ in situ. The dermal component appears neve

nevus. However, there is focal dermal regressiv

rs focally pushed down by the dermal fibrosis)

:luded. The regressed area measures 0.8mm

egative, but the deep margin is focally invo

ımended for complete eradication."


:d invasive melanoma. The patient was taken t

Ianson for a wide excision of the mid lower b

ⱱealed "Residual atypical melanocytic prolifer;

ɟes. All margins are widely negative (>1cm)."

essed invasive melanoma.


ied the patient has been diagnosed with new

September 2019. We would like to review thes

isions if needed.

TO BIOPSY BASE (SEE NOTE). NOTE

ctional confluency, seen on both rout

a in situ. The dermal component appea

tal pattern nevus. However, there is f

he VVG stain (elastic fibers focally push

d invasive melanoma cannot be exclude

imum depth. The lateral margins appea

ed. A re-excision with negative margin

sed invasive melanoma. The patient wa

Dr. Paul Manson for a wide excision of

pathology report revealed "Residua

on with previous biopsy site changes.

the likelihood is that this lesion a regress

ied the patient has been diagnosed with t

back in September 2019. We would like

ind treat him with further excisions if nee

t be delayed. Mr. Tusha has an atypi

ifessor of Surgery
Medicine

d School of Medicine

ocular exams.

comes in for evaluation of skin lesions.

Location: right upper back, abdomen, chest, and left upper back
Quality: asymptomatic
Severity: mild
Modifying Factors: Nothing makes the lesion better or worse
Duration: years
History of Previous Treatments: has not been treated
Pertinent History: melanoma (see interval history)
Pertinent Negatives: no history of dysplastic nevi, no history of actinic ke
melanoma, no history of atypical nevi, no history of previous skin cance
melanoma skin cancer, no history of basal cell carcinoma, and no histor
carcinoma.
Additional Visit Reasons: evaluation of current nevi

n:

amination was performed including the scalp (including hair inspection),
tion of conjunctivae and lids, lips (but not teeth and gums), neck, chest
mity, left upper extremity, right lower extremity, left lower extremity, insp
ails, palpation of cervical lymph nodes, and palpation of axillary lymph n

al Appearance of the patient is well developed and well nourished.

ation: alert and oriented x 3.

and affect: in no acute distress.

gs in the above examined areas were normal with the exception of the l

ening and Cessation Intervention): Patient screened for tobacco use a
Use Screening): Patient screened for unhealthy alcohol use using a s

ation): Influenza Immunization not Administered for Documented Rea:
nation Status for Older Adults): Pneumococcal Vaccination not Adminis
d.

vider) (Bill Under



# CONSULTATION

for this patient.

## ESS/INTERIM HISTORY:

ignosed with prostate carcinoma in 2018 and underwent pro
Air MD in April 2018
ie of the disease and we do not have any information at pre
r the surgery
juant radiation therapy
ant melanoma in February 2019 and had surgery at Johns I
out the pathology of melanotic lesion is also not available at
not know the stage of melanoma
gradual weight loss over the last 6 months. He denies nause
or seizure activity. No history of cough chest pain or dyspne
ain. No history of recent or recurrent infection. No history of

orated in the HPI. Beyond those, the remaining 10 organ sy
n.

evers, chills, night sweats, excessive fatigue . Hx of 25 pou
normal - Increased frequency of urination, urgency, no hem
iatric Abnormal - Anxity.

support systems: incarcerated. His diet consists of regular

| 0 in | Weight | 178 lbs | BSA (derived) | 1.99 sq.m | Bl |
| | Pulse | 76 /min | Respiration | 16 /min | Bl |

t all predisease activities without restrictions. (ECOG)

Alert, cooperative, oriented. Mood and affect appropriate. Wel
Normocephalic
Conjunctivae and sclerae are clear and without icterus.
Normal oral mucosa
No neck mass or lymphadenopathy
No petechiae or purpura. No tender or palpable lymph nodes i
supraclavicular, axillary or inguinal area.
Lungs are clear to auscultation without rhonchi or wheezing.
Regular rate and rhythm of heart without murmurs,
Non-tender, non-distended, no masses, ascites or hepatosplenor
Normal penis, no abnormal scrotal masses or tenderness, no tes
tourtourosity
No kyphosis. Non-tender to palpation.
No pedal edema or calf tenderness
No tenderness or swelling, normal range of motion without obx
No rashes, scars, or lesions suggestive of malignancy.

| 66.5 % | Lymphocyte % | 27.8 % |
| 4.5 % | Eosinophil % | 0.8 % |
| 0.4 % | Neutrophils (Abs) | 4.0 X10E*3 |
| 0.3 X10E*3 | Lymphocytes (Abs) | 1.7 X10E*3 |
| 0.0 X10E*3 | Basophils (Abs) | 0.0 X10E*3 |
| 0.007 ng/mL | | |

prostatectomy in April 2018
me had excision of the lesion from the lower back. In Feb 2(
Hopkins Hospital Baltimore Maryland

ess, unintended 25 pounds weight loss over the last 6 mont
palpable lymphadenopathy are hepalosplenomegaly. Bilater
lo focal neurologic deficit

from Dr. Ryan Cleary regarding his prostate carcinoma
om Dr. Manson from Johns Hopkins Hospital in Baltimore M
y
hole body
orkup

habbir Ahmad Sep 10, 2019 4:21PM

ned, Shabbir, M.D.

2673133

T/CT

ole Body

0/2019

AP

nad, Shabbir, M.D. on 9/10/2019 at 12:00:20PM

ıad, Shabbir, M.D.

2673133

asound

asound Testes

0/2019

AP

ıad, Shabbir, M.D. on 9/10/2019 at 12:19:47PM

ᴾM

IOR IMG FULL BODY

THIGH:

PM.

MELANOMA HX OF PROSTATE AND COLON C

ιe.

·med approximately 1 hour following the intraven
:ose (FDG). The patient's blood glucose at the tir

from the top of the head to the bottom of the feet
ation, and attenuation correction.

dosis.

middle lobe nodules without abnormal metabolic activi

lymph nodes.

ID

n

on that I have interpreted this/these examination(s) an

:56:00PM

aar.



ltoona
ort.pdf

4 PM.

. MELANOMA HX OF PROSTATE AND COLON CA:. L

ne.

rmed approximately 1 hour following the intravenous in
cose (FDG). The patient's blood glucose at the time of

from the top of the head to the bottom of the feet. CT h
ation, and attenuation correction.

d through the identical body regions.
T and CT images are evaluated with and without attenu

_ Reg. No.: 04182-015 Unit: CA

ef Requested: As per Regional Direc
hous /residential recapty center pla
otober came back positive. I will to
s. I was also have goods on my ways. Thank

rm to staff: 11/7/19 _____ Staff Ini

clude effort to resolve) HSA
11 10/19 - Health Services Administrator

- see attachd,

e of BP-9 _____ Date:

Department Head

_____ Date:

Unit Manager

uined: 11/17/15 _____ Counselor's Ini

(circle one)

lacement based upon medical conditio
c Medical Record (BEMR) reveals that
FCI Loretto. If you feel you qual:
tence based upon your medical conditi
'eam.

s addresses your concerns.



Administrator

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SIMON TERRANCE TUSHA                            )
                                                )
            Petitioner,                         )
                                                )  Criminal No. 16-055
      v.                                        )  Case No. 2:16-cr-00055-DWA
                                                )  The Honorable Donetta W. Ambrose
UNITED STATES OF AMERICA,                       )
                                                )
            Respondent.

## ORDER

            AND NOW, to-wit, this _____ day of _____, 2019, upon

consideration of Petitioner Simon Tusha's Motion, it is hereby ORDERED, that said

Motion is hereby GRANTED, and that:

                              _____
                              Donetta W. Ambrose
                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
) Criminal No. 16-55
v. )
)
SIMON T. TUSHA )

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME

AND NOW comes the United States of America by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania and James R. Wilson, Assistant United States Attorney in and for said district, and files the following Motion for Extension of Time and in support thereof sets forth the following:

1.      Defendant Tusha has filed a Motion Pursuant to 18 USC §3582 to Modify Sentence and seeking other relief relative to concern regarding a combination of health related matters set forth in the Motion and 18 Exhibits (Doc. No. 78);

2.      This Honorable Court followed Defendant's Motion with an order requiring the government to respond by December 30, 2019 (Doc. No. 79);

3.      Government counsel has been in contact with personnel at FCI Loretto where Defendant is currently located and has been apprised that a significant amount of medical records exist that will need to be reviewed in order to respond appropriately to Defendant's assertions;

4.      Government counsel contacted Defense Counsel, Mr. Greenfield, on December 23, 2019, regarding the possibility of an extension of time. Attorney Greenfield indicated that there was no objection to the government's request for 14 additional days within which to respond to the defendant's motion.

WHEREFORE, the United States respectfully requests that this Honorable Court grant the

government and extension of time of 14 additional days, from December 30, 2019, to January 13,

2020 within which to respond to Defendant's Motion to Modify Sentence.


Respectfully Submitted,

SCOTT W. BRADY
United States Attorney


s/James R. Wilson
JAMES R. WILSON
Assistant United States Attorney
412.894.7453
PA ID No. 27648

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 16-55 |
| v. ) | |
| ) | |
| SIMON T. TUSHA ) | |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2019 it is hereby ORDERED, that the

Government's Motion for Extension of Time is hereby GRANTED, and the government's

responsive pleading to the defendant's motion docketed at No. 78 shall be filed on or before

January 13, 2020.

BY THE COURT:

_____
Honorable Donetta W. Ambrose
United States District Judge

cc: All counsel of record

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
                          )    Criminal No. 16-55
      v.                  )
                          )
SIMON T. TUSHA           )

## ORDER OF COURT

AND NOW, this _____ day of _____, 2019 it is hereby ORDERED, that the

Government's Motion for Extension of Time is hereby GRANTED, and the government's

responsive pleading to the defendant's motion docketed at No. 78 shall be filed on or before

January 13, 2020.

BY THE COURT:

_____
Honorable Donetta W. Ambrose
United States District Judge

cc: All counsel of record

Case 1:20-cv-02143-GLR   Document 1-1   Filed 07/17/20   Page 77 of 83
Case 2:16-cr-00055-DWA   Document 81   Filed 12/26/19   Page 1 of 1
Case 2:16-cr-00055-DWA   Document 80   Filed 12/23/19   Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )       Criminal No. 16-55
        v.                    )
                              )
SIMON T. TUSHA                )

**ORDER OF COURT**

AND NOW, this _26th_ day of _December_ 2019 it is hereby ORDERED, that the

Government's Motion for Extension of Time is hereby GRANTED, and the government's

responsive pleading to the defendant's motion docketed at No. 78 shall be filed on or before

January 13, 2020.

BY THE COURT:

_Donetta J. Ambrose_

Honorable Donetta W. Ambrose
United States District Judge

cc:  All counsel of record

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 16-55 |
| v. | ) | |
| | ) | |
| SIMON T. TUSHA | ) | |

## GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE

AND NOW comes the United States by its counsel Scott W. Brady, United States Attorney for the Western District of Pennsylvania and James R. Wilson, Assistant United States Attorney in and for said district and files the following Unopposed Motion for Continuance and in support of the same sets forth the following:

1.      On December 11, 2019, Defendant filed a Motion to Modify Sentence or In the Alternative for an Order Requiring the Bureau of Prisons (BOP) to Provide Immediate Treatment of Petitioner's Life Threatening Health Conditions (Doc. No. 78);

2.      This Honorable Court followed Defendant's Motion with an order requiring the government to respond by December 30, 2019 (Doc. No. 79);

3.      The government sought an extension of time within which to respond to the array of medical facts alleged by Defendant (Doc. No. 80) and the Court granted an extension to January 13, 2020,  (Doc. No. 81);

4.      On January 13, 2020, Counsel for the Defendant, Stanley Greenfield, contacted counsel for the government and advised that he, Attorney Greenfield, had just

recently received and reviewed an email concerning his client's medical condition and treatment. Attorney Greenfield read the email to counsel for the government inasmuch as the contents thereof had a direct bearing on the matters that are at issue relative to the defendant's medical conditions and the treatment he is, or isn't receiving;

5.      Counsel for the government acknowledged that the assertions contained in the email were material to the matters at issue but indicated to Attorney Greenfield that this new information would require additional time for the government to properly respond.

6.      Attorney Greenfield indicated that in light of the new allegations he would have no objection to an extension of 10 days within which the government could respond to his original petition at Doc. No. 78.

WHEREFORE, the United States respectfully requests that this Honorable Court grant the United States an additional extension of time of 10 days until January 23, 2020, within which to respond to Defendant's petition.

Respectfully Submitted,
SCOTT W. BRADY
United States Attorney


s/James R. Wilson
JAMES R. WILSON
Assistant United States Attorney
PA ID No. 27648

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )          Criminal No.16-55
            v.                    )
                                  )
SIMON T. TUSHA                    )

## ORDER OF COURT

AND NOW, this _____ day of January, 2020 it is hereby ORDERED, that the

Government's Motion for Extension of Time is hereby GRANTED, and the government's

responsive pleading to the defendant's motion docketed at No. 78 shall be filed on or

before January 23, 2020.

                              BY THE COURT:


                              _____
                              Honorable Donetta W. Ambrose
                              United States District Judge

cc:  All counsel of record

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                                            )    Criminal No.16-55
     v.                         )
                                            )
SIMON T. TUSHA               )

## ORDER OF COURT

AND NOW, this _____ day of January, 2020 it is hereby ORDERED, that the

Government's Motion for Extension of Time is hereby GRANTED, and the government's

responsive pleading to the defendant's motion docketed at No. 78 shall be filed on or

before January 23, 2020.

BY THE COURT:

_____

Honorable Donetta W. Ambrose
United States District Judge

cc: All counsel of record

Case 1:20-cv-02143-GLR   Document 1-1   Filed 07/17/20   Page 82 of 83
Case 2:16-cr-00055-DWA   Document 83   Filed 01/14/20   Page 1 of 1
Case 2:16-cr-00055-DWA   Document 82   Filed 01/13/20   Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )       Criminal No.16-55
       v.                         )
                                  )
SIMON T. TUSHA                    )

## ORDER OF COURT

AND NOW, this ___14th___ day of January, 2020 it is hereby ORDERED, that the

Government's Motion for Extension of Time is hereby GRANTED, and the government's

responsive pleading to the defendant's motion docketed at No. 78 shall be filed on or

before January 23, 2020.

BY THE COURT:

_Donetta J. Ambrose_

Honorable Donetta W. Ambrose
United States District Judge

cc: All counsel of record

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,                    )
                                             )
                                             )
                                             )
vs.                                          )    Criminal No.    16-55
                                             )
Simon Tusha                                  )
                                             )
                                             )
                    Defendant.               )

**TYPE OF HEARING:** T/C status conference re Motion [78]
Before Judge Ambrose

Jim Wilson                           Stanley Greenfield
_____              _____
Appear for USA                       Appear for Defendant

Hearing begun: 1/23/20 @ 8:35 am     Court Reporter: _____

Hearing concluded: 1/23/20 @ 9:02 am   Clerk: Sherry Halfhill / Carolyn Allen
                                             Anne Kurzweg / Susan Schupansky

Discussed pending Motion [ect no. 78].
Government sought an oral extension of time. Judge granted the
Motion. Government to respond to Motion 3 day's after
Government gets a report from Hillman.