IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SIMON TUSHA, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. GLR-20-2143 |
| STANLEY Greenfield, | * |
| Defendant. | * |

\*\*\*

## **ORDER**

In accordance with the foregoing Memorandum Opinion, it is this 19th day of April, 2021, by the United States District Court for the District of Maryland, hereby:

ORDERED that Defendant Stanley Greenfield's Motion to Dismiss Plaintiff's Complaint (ECF No. 7) is GRANTED;

IT IS FURTHER ORDERED that this case be TRANSFERRED to the United States District Court for the Western District of Pennsylvania; and

IT IS FURTHER ORDERED that the Clerk PROVIDE a copy of this Order to counsel for Greenfield and to Plaintiff Simon Tusha at his address of record.

/s/
George L. Russell, III
United States District Judge